[No. 70945-3-I.   Division One.   June 9, 2014.]

*In the Matter of the Marriage of* NIGORA KHAKIMOVA, *Respondent*, and SHUKHRAT KHAKIMOV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-03748-1, Joan E. DuBuque, J., entered June 5, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Becker, J.

[No. 71643-3-I.   Division One.   June 9, 2014.]

ARTHUR WEST, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00506-8, James J. Dixon, J., entered January 8, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Verellen, J. Now published at 182 Wn. App. 500.

[No. 71648-4-I.   Division One.   June 9, 2014.]

*In the Matter of the Custody of* N.J.R.S.

RONALD ROSS ET AL., *Respondents*, v. DONALD SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-3-00753-1, Kevin D. Hull, J., entered January 3, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Leach, JJ.

[Nos. 43578-1-II; 44148-9-II.   Division Two.   June 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ROSS NEWCOMB, *Appellant*.

Appeals from a judgment of the Superior Court for Pacific County, No. 08-1-00161-8, Michael J. Sullivan, J., entered June 15, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.